Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Liakas, David C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Liakas, Michelle A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-2977** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-4581** |
| Street Address of Debtor (No. and Street, City, and State):<br>**601 Millington Way**<br>**Saint Charles, IL**<br>ZIP Code **60174** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**601 Millington Way**<br>**Saint Charles, IL**<br>ZIP Code **60174** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Liakas, David C.** |
| | **Liakas, Michelle A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Julia Jensen Smolka**              **October  5, 2007** |
| | Signature of Attorney for Debtor(s)                    (Date) |
| | **Julia Jensen Smolka 6272466** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Liakas, David C.**
**Liakas, Michelle A.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ David C. Liakas**
Signature of Debtor  **David C. Liakas**

X  **/s/ Michelle A. Liakas**
Signature of Joint Debtor  **Michelle A. Liakas**

Telephone Number (If not represented by attorney)

**October  5, 2007**
Date

#### Signature of Attorney

X  **/s/ Julia Jensen Smolka**
Signature of Attorney for Debtor(s)

 **Julia Jensen Smolka 6272466**
Printed Name of Attorney for Debtor(s)

 **DiMonte and Lizak, LLC**
Firm Name

 **216 Higgins Road**
 **Park Ridge, IL 60068**

Address

 **(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

 **October  5, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **David C. Liakas**
**Michelle A. Liakas**                                          Case No. _____

_____              Chapter    **7**    _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ David C. Liakas**
                        **David C. Liakas**

Date:  **October  5, 2007**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **David C. Liakas**        Case No. _____
        **Michelle A. Liakas** _____
                                Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Michelle A. Liakas**
                                          **Michelle A. Liakas**

Date:   **October  5, 2007**

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **David C. Liakas,**                     Case No. _____

          **Michelle A. Liakas**

                                       Debtors      Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 375,000.00 | | |
| B - Personal Property | Yes | 3 | 84,697.28 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 400,010.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 927,175.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,682.97 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,506.98 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 459,697.28 | | |
| Total Liabilities | | | | 1,329,185.16 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David C. Liakas,**
     **Michelle A. Liakas**

         Case No. _____

         Debtors        Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,682.97 |
| Average Expenses (from Schedule J, Line 18) | 7,506.98 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,944.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,575.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 927,175.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 934,750.16 |

Form B6A
(10/05)

.

In re    **David C. Liakas,**                                    Case No. _____

      **Michelle A. Liakas**

                                     Debtors  ,

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **601 Millington Way St Charles, IL 60174** | **Joint tenant** | **J** | **375,000.00** | **379,390.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **375,000.00** | (Total of this page) |
| Total > | **375,000.00** |  |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **David C. Liakas,**
       **Michelle A. Liakas**
                                    Debtors

Case No. _____

,

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **J** | **500.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank checking account** | **J** | **1.57** |
| | | **Fifth Third Bank checking account** | **W** | **2,400.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary furniture for single family home** | **J** | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Ordinary wearing apparel** | **J** | **200.00** |
| 7.  Furs and jewelry. | | **Wedding ring and watches** | **J** | **2,500.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **2 handguns, 2 shot guns** | **J** | **750.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm term life insurance - spouse, children are beneficiaries** | **H** | **0.00** |
| | | **State Farm term life insurance - spouse, children are beneficiaries** | **W** | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **8,351.57**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **David C. Liakas,**                                                    Case No. _____
         **Michelle A. Liakas**

_____,
                        Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | **529(b) American Funds** | H | 1,378.80 |
| | | **529(b) American Funds** | W | 1,378.80 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA Fifth Third Bank Location: 601 Millington Way, Saint Charles IL** | H | 5,579.65 |
| | | **Teachers' Retirement System of Illinois** | W | 49,823.46 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Premier Renovation, Inc.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        58,160.71
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **David C. Liakas,**                                           Case No. _____
         **Michelle A. Liakas**
                                                          ,
                                    Debtors
# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Subaru Outback, 13,500 miles** | W | **17,435.00** |
| | | **Thule trailer** | J | **400.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desktop Computer with monitor and printer.  3-4 years old** | J | **100.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Riding Lawnmower** | J | **250.00** |

|  | Sub-Total >  | **18,185.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **84,697.28** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6C
(4/07)

.

In re   **David C. Liakas,**                                    Case No. _____
   **Michelle A. Liakas**

_____,
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **601 Millington Way** | **735 ILCS 5/12-901** | **15,000.00** | **375,000.00** |
| **St Charles, IL 60174** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Fifth Third Bank checking account** | **735 ILCS 5/12-1001(b)** | **2,400.00** | **2,400.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding ring and watches** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **State Farm term life insurance - spouse, children are beneficiaries** | **215 ILCS 5/238** | **100%** | **0.00** |
| | | | |
| **State Farm term life insurance - spouse, children are beneficiaries** | **215 ILCS 5/238** | **100%** | **0.00** |
| | | | |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **529(b) American Funds** | **735 ILCS 5/12-1001(b)** | **1,378.80** | **1,378.80** |
| | | | |
| **529(b) American Funds** | **735 ILCS 5/12-1001(b)** | **1,378.80** | **1,378.80** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA Fifth Third Bank** | **735 ILCS 5/12-1006** | **5,579.65** | **5,579.65** |
| **Location: 601 Millington Way, Saint Charles IL** | | | |
| | | | |
| **Teachers' Retirement System of Illinois** | **735 ILCS 5/12-1006** | **49,823.46** | **49,823.46** |

| | Total: | **78,060.71** | **438,060.71** |
|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6D (10/06)

In re  **David C. Liakas,**
       **Michelle A. Liakas**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1000754672** | | | Mortgage | | | | | |
| **American Home Mortgage** PO Box 660029 Dallas, TX 75266-0029 | | J | **601 Millington Way St Charles, IL 60174** | | | | | |
| | | | Value $           **375,000.00** | | | | **304,000.00** | **0.00** |
| Account No. **00860882562** | | | Equity line of credit | | | | | |
| **Fifth Third Bank** PO Box 740778 Cincinnati, OH 45274 | | J | **601 Millington Way St Charles, IL 60174** | | | | | |
| | | | Value $           **375,000.00** | | | | **75,390.00** | **4,390.00** |
| Account No. | | | Car loan | | | | | |
| **JP Morgan Chase Bank** PO Box 901098 Fort Worth, TX 76101-2098 | | W | **2006 Subaru** | | | | | |
| | | | Value $           **17,435.00** | | | | **20,620.00** | **3,185.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_**0**_  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **400,010.00** | **7,575.00** |
| Total (Report on Summary of Schedules) | **400,010.00** | **7,575.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07)

.

In re   **David C. Liakas,**
        **Michelle A. Liakas**                                              Case No. _____

_____,
                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              _____1_____  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

10/05/07 3:56PM

Official Form 6E (4/07) - Cont.

In re **David C. Liakas,**
**Michelle A. Liakas**
                                                                                    Case No. _____

                                                                         ,
                                            Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Matthew Wysock**<br>**20854 Ash Street**<br>**Deerfield, IL 60015** | | H | **Wages for Premier Renovation** | | | | **2,000.00** | **0.00**<br><br>**2,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **0.00**<br>**2,000.00**  **2,000.00** |
| | Total<br>(Report on Summary of Schedules) | **0.00**<br>**2,000.00**  **2,000.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re    **David C. Liakas,**
    **Michelle A. Liakas**
                                           ,
                              Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business expense | | | | |
| **ACR Cleaning** **925 Seton Ct, unit 6** **Wheeling, IL 60090** | X | H | | | | | | | 1,651.72 |
| Account No. | | | | | Business expense | | | | |
| **Adams Street Iron, Inc.** **9127 S. Kedzie Ave** **Evergreen Park, IL 60805** | X | H | | | | | | | 6,940.00 |
| Account No. | | | | | Business expense | | | | |
| **Advanced Cabinets Corp** **4925 W. LeMoyne** **Chicago, IL 60651** | X | H | | | | | | | 25,094.28 |
| Account No. | | | | | Business expense | | | | |
| **Air Max Heating & Air Conditioning** **879 W. Lake Street # 706** **Roselle, IL 60172** | X | H | | | | | | | 16,706.47 |
|   __15__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 50,392.47 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                 S/N:23500-070829    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
    **Michelle A. Liakas**
                                       Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Al & Diane Liakas**<br>**34 Roosevelt St**<br>**Saint Charles, IL 60174** | | H | | **Business loan** | | | | 9,000.00 |
| Account No.<br><br>**Alice Pawlowski**<br>**80 Parkwood Rd**<br>**Elgin, IL 60123** | | H | | **Business loan** | | | | 10,000.00 |
| Account No.<br><br>**Allied Waste Services #551**<br>**PO Box 9001154**<br>**Louisville, KY 40290** | X | H | | **Business expense** | | | | 2,506.18 |
| Account No.<br><br>**Allied Waste Services #551**<br>**PO Box 9001154**<br>**Louisville, KY 40290** | X | H | | **Business expense** | | | | 803.09 |
| Account No. 3723-113489-01001<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | H | | **personal credit card - preceeds used for business** | | | | 12,502.70 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,811.97

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
    **Michelle A. Liakas**
                                    Case No. _____

                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3712 358238** | | | **Business Credit Card** | | | | |
| **American Express** **P.O. Box 360002** **Ft. Lauderdale, FL 33336-0002** | X | J | | | | | 21,042.85 |
| Account No. **3715-472798-31003** | | | **Company Credit Card** | | | | |
| **American Express** **P.O. Box 360002** **Ft. Lauderdale, FL 33336-0002** | X | H | | | | | 51,409.29 |
| Account No. | | | **Business expense** | | | | |
| **Arcus Construction Inc.** **520 Park Ave** **Wilmette, IL 60091** | X | H | | | | | 8,681.50 |
| Account No. | | | **Business loan** | | | | |
| **Art & Mary Ann Simms** **130 South Yale** **Villa Park, IL 60181** | | H | | | | | 30,000.00 |
| Account No. | | | **Business expense** | | | | |
| **Astro Insulation Inc.** **4418 Route 31** **Ringwood, IL 60072** | X | H | | | | | 12,704.00 |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
     (Total of this page)     **123,837.64**

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
    **Michelle A. Liakas**

Case No. _____

                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **B&H Industries** <br> **80 West Seegers Rd** <br> **Arlington Heights, IL 60005** | X | H | **9/2/2005** <br> **Business expense** | | | | **180.00** |
| Account No. <br><br> **Benegas Enterprises Inc.** <br> **13205 Forestview Lane** <br> **Crestwood, IL 60445** | X | H | **Business expense** | | | | **15,049.03** |
| Account No. <br><br> **Bill Shopshire** <br> **2935 Harrison** <br> **Evanston, IL 60201** | X | H | **Customer of Premier Renovation** <br>     **Subject to setoff.** | | | X | **Unknown** |
| Account No. <br><br> **Bill's Drywall Inc.** <br> **19145 S. 104th Avenue** <br> **Mokena, IL 60448** | X | H | **Business expense** | | | | **49,225.00** |
| Account No. **4636-6760-0801-8674** <br><br> **BMW Bank of North America** <br> **PO Box 30311** <br> **Salt Lake City, UT 84130-0311** | | H | **personal - credit card, used for business** | | | | **3,659.81** |

Sheet no. __**3**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,113.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
      **Michelle A. Liakas**                              Case No. _____

                                               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Cabinet Experts (A & G)**<br>**Andrezej Haberman**<br>**2959 N. Parkside**<br>**Chicago, IL 60634** | X | H | | **Business expense** | | | | **9,038.00** |
| Account No. <br><br>**Carlin Adrianopolis**<br>**3152 Harrison**<br>**Evanston, IL 60201** | X | H | | **Claim for refund of deposit to Premier Renovation, Inc.** | | | | **15,000.00** |
| Account No. 175530 <br><br>**Century Tile & Supply Co.**<br>**747 E. Roosevelt Rd**<br>**Lombard, IL 60148-4791** | X | H | | **5/26/2005**<br>**Business expense** | | | | **12,702.05** |
| Account No. **5466-0420-0025-7954** <br><br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | | **Personal Credit card - $2500 went to business** | | | | **19,767.11** |
| Account No. **4122-9900-2860-3105** <br><br>**Citibank**<br>**P.O. Box 689197**<br>**Des Moines, IA 50368-9197** | | H | | | | | | **Unknown** |
| Sheet no. __4__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | **56,507.16** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
      **Michelle A. Liakas**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Inspection fee, business expense | | | | |
| **City of Elmhurst** **209 N. York Street** **Elmhurst, IL 60126** | X | H | | | | | | 150.00 |
| Account No. | | | | Business expense | | | | |
| **CJ Plumbing Inc.** **1717 Elmdale** **Glenview, IL 60026** | X | H | | | | | | 1,800.00 |
| Account No. | | | | Business expense | | | | |
| **CME** **706 Winthrop Ave** **Suite 7** **Addison, IL 60101** | X | H | | | | | | 360.00 |
| Account No. | | | | Business expense | | | | |
| **Cook Electric Inc.** **1100 FLorence Ave** **Evanston, IL 60202** | X | H | | | | | | 5,547.00 |
| Account No. | | | | Business expense | | | | |
| **Crawford Supply Co.** **8150 Lehigh Ave.** **Morton Grove, IL 60053** | X | H | | | | | | 41,554.30 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,411.30

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **David C. Liakas,**
       **Michelle A. Liakas**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business expense | | | | |
| **CSA** **166 W. Washington Street** **Chicago, IL 60602** | X | H | | | | | | **600.00** |
| Account No. | | | | Customer of Premier, project not finished | | | | |
| **David Betz** **7124 N Ozark** **Chicago, IL 60631** | | H | | | | | | **Unknown** |
| Account No. | | | | Customer of Premier Renovation    Subject to setoff. | | | | |
| **David Porter** **2440 Lawndale Ave** **Evanston, IL 60201** | | H | | | | | | **Unknown** |
| Account No. | | | | Business expense | | | | |
| **Decorator Hardware** **3921 W. Touhy** **Lincolnwood, IL 60712** | X | H | | | | | | **3,503.59** |
| Account No. **6011-0070-5552-0612** | | | | Credit card | | | | |
| **Discover** **PO Box 30395** **Salt Lake City, UT 84130-0395** | | H | | | | | | **13,724.81** |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,828.40**

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
**Michelle A. Liakas**                                                  Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **6011-2989-4793-1725** | | | | | Personal Credit card 1667.50 went to business | | | | |
| **Discover** **PO Box 30395** **Salt Lake City, UT 84130-0395** | | W | | | | | | | **8,954.56** |
| Account No. | | | | | Business loan | | | | |
| **Donna & Jon Spencer** **520 Arbor Lane** **South Elgin, IL 60177** | | H | | | | | | | **2,000.00** |
| Account No. | | | | | Customer of Premier Renovation | | | | |
| **Doug Lefever** **2510 Pioneer** **Evanston, IL 60201** | X | H | | | | | | X | **2,000.00** |
| Account No. **4264-2890-1408-0537** | | | | | Credit Card personal, $1442 went to business | | | | |
| **Ducks / Bank of America** **PO Box 17220** **Baltimore, MD 21297-1220** | | H | | | | | | | **8,979.56** |
| Account No. | | | | | Business expense | | | | |
| **Dyna-Flow Corporation** **954 Fremont Street** **Bartlett, IL 60103** | X | H | | | | | | | **66,405.25** |

Sheet no. __**7**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **88,339.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **David C. Liakas,**
   **Michelle A. Liakas**

Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Eaglestone Inc.** <br> **3N155 Powls Road** <br> **West Chicago, IL 60185** | X | H | **Business expense** | | | | **760.00** |
| Account No. 5473-7824-0002-9831 <br> **Fifth Third Bank** <br> **38 Fountain Square** <br> **Mail Drop 1COM65** <br> **Cincinnati, OH 45263** | X | H | **Business LIne of Credit** | | | | **26,033.15** |
| Account No. 4988-8200-0776-0589 <br> **First Equity Card Corp** <br> **PO Box 23029** <br> **Columbus, GA 31902** | X | H | 5/15/2007 <br> **Credit Card for business** | | | | **10,000.00** |
| Account No. 5201-3000-1023-5042 <br> **Gander Mtn** <br> **PO Box 659569** <br> **San Antonio, TX 78265-9569** | | H | **Personal Credit Card used for business expenses** | | | | **8,513.61** |
| Account No. 5473-6350-0123-9516 <br> **GM BusinessCard / Chase** <br> **Cardmember Service** <br> **PO Box 15129** <br> **Wilmington, DE 19850-5043** | X | H | 9/20/2006 <br> **Business credit card** | | | | **25,000.00** |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70,306.76**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **David C. Liakas,**                                                   Case No. _____
       **Michelle A. Liakas**
                                                         ,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **40775**  **Greater Valley Medicine** **2900 Foxfield Rd, Suite 307** **Saint Charles, IL 60174** | | J | | **Medical expense** | | | | 35.00 |
| Account No.  **Hillside Lumber Inc.** **4234 West Warren St** **Hillside, IL 60162** | X | H | | **May 11, 2006** **Business expense** | | | | 39,801.57 |
| Account No. **6035322017731310**  **Home Depot** **Processing Center** **Des Moines, IA 50364-0500** | X | H | | **Business Credit Card** | | | | 3,000.00 |
| Account No.  **Irv Badr** **2400 Noyes** **Evanston, IL 60201** | X | H | | **Claim for refund of deposit to Premier Renovation, Inc.** | | | | 37,500.00 |
| Account No.  **John Spot Portable Services** **PO Box 9001099** **Louisville, KY 40290** | X | H | | **Business expense** | | | | 933.24 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,269.81

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **David C. Liakas,**
        **Michelle A. Liakas**                                                        Case No. _____

                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Joseph Giambrone**<br>**7110 N. Oleander**<br>**Chicago, IL 60631** | X | H | **Customer of Premier Renovation** | | | X | <br><br><br>**30,000.00** |
| Account No. <br><br>**Kevin and Gretchen Neuman**<br>**4919 W. Pensacola**<br>**Chicago, IL 60641** | X | H | **Customer** | | | | <br><br><br>**Unknown** |
| Account No. **4224-0470-1063-6440**<br><br>**Keybank**<br>**PO Box 688911**<br>**Des Moines, IA 50368-8911** | X | H | **Personal Card $17000 used for Business expense** | | | | <br><br><br>**26,968.32** |
| Account No. <br><br>**KOR Plumbing Contractors Inc.**<br>**226 Tee Lane**<br>**Bloomingdale, IL 60108** | X | H | **Business expense** | | | | <br><br><br>**18,450.00** |
| Account No. <br><br>**Lockhart's Landscaping & Maint.**<br>**2740 Beverly Drive, Suite E**<br>**Aurora, IL 60502-8606** | | J | **Personal lawncare expense** | | | | <br><br><br>**1,567.69** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal              **76,986.01**
                     (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **David C. Liakas,**
     **Michelle A. Liakas**
                                                            Debtors

Case No. _____

,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Loni Hahn**<br>**6717 N. Siox Ave**<br>**Chicago, IL 60646** | X | H | | **Customer of Premier Renovation** | | | | **Unknown** |
| Account No.<br><br>**Mark Schwartz**<br>**2640 Prince Street**<br>**Northbrook, IL 60062** | X | H | | **Customer of Premier Renovation**<br>    **Subject to setoff.** | | | X | **Unknown** |
| Account No.<br><br>**Michael Alexander**<br>**4113 N. Kenmore**<br>**Chicago, IL 60613** | X | H | | **Customer of Premier Renovation, Inc.** | | | X | **Unknown** |
| Account No.<br><br>**Michael Forman**<br>**1291 Hilary Lane**<br>**Highland Park, IL 60035** | X | H | | **Customer of Premier Renovation** | | | X | **14,900.00** |
| Account No.<br><br>**MJB Electric Inc.**<br>**38- W. Northwest Highway**<br>**Suite 320**<br>**Des Plaines, IL 60016** | X | H | | **Business expense** | | | | **25,080.00** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,980.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **David C. Liakas,**
    **Michelle A. Liakas**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **749 73048 7194 38**<br><br>**NEA / Bank of America**<br>**PO Box 17322**<br>**Baltimore, MD 21297-1322** | | W | **Personal Line of Credit used for business** | | | | 30,317.04 |
| Account No.<br><br>**Pella Windows & Doors Inc.**<br>**112 Alexandra Way**<br>**Carol Stream, IL 60188** | X | H | **11/25/2005**<br>**Business expense** | | | | 9,358.24 |
| Account No.<br><br>**Ponce Masonry Construction**<br>**1106 Leslie Lane**<br>**Villa Park, IL 60181** | X | H | **Business expense** | | | | 3,500.00 |
| Account No.<br><br>**Poulabhaula Inc.**<br>**7338 W. Summerdale Ave**<br>**Chicago, IL 60656** | X | H | **Business expense** | | | | 19,845.00 |
| Account No.<br><br>**Precision Painting**<br>**15w011 Lexington Street**<br>**Elmhurst, IL 60126** | X | H | **Business expense** | | | | 32,069.00 |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**95,089.28**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **David C. Liakas,**
    **Michelle A. Liakas**
                            Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Primos Floor Inc.**<br>**4711 N. Monticello**<br>**Chicago, IL 60626** | X | H | **Business expense** | | | | 19,598.00 |
| Account No.<br><br>**RH Witt**<br>**2049 Johns Drive**<br>**Glenview, IL 60025** | | H | **Business expense** | | | | 13,846.00 |
| Account No.<br><br>**Robert E. Hillison**<br>**Engelberg & Hillison**<br>**One North LaSalle St, Suite 650**<br>**Chicago, IL 60602** | | H | **Attorneys' Fees** | | | | **Unknown** |
| Account No.<br><br>**Salgado's Tile Inc.**<br>**21 Ridge Circle**<br>**Streamwood, IL 60107** | X | H | **Business expense** | | | | 4,450.00 |
| Account No.<br><br>**Schaaf Window Co Inc.**<br>**18445 Thompson Court**<br>**Tinley Park, IL 60477** | X | H | **8/25/2005**<br>**Business expense** | | | | 30,464.71 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,358.71**

Official Form 6F (10/06) - Cont.

In re   **David C. Liakas,**
     **Michelle A. Liakas**                                                 Case No. _____

                                                                    ,
                                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Scott  Fogarty**<br>**5516 N. Olcott**<br>**Chicago, IL 60656** | X | H | | **Customer of Premier**<br>     **Subject to setoff.** | | | | **Unknown** |
| Account No.<br><br>**Service Group USA**<br>**d/b/a 1-800 Got Junk?**<br>**17 E. Palatine Rd**<br>**Palatine, IL 60067** | X | H | | **6/10/2006**<br>**Business expense** | | | | **Unknown** |
| Account No.<br><br>**ServiceMaster Restoration by VVV**<br>**25 W. North Ave**<br>**Villa Park, IL 60181** | X | H | | **Business expense** | | | | **850.50** |
| Account No.<br><br>**Seth Halpern**<br>**1047 Auburn Ave**<br>**Highland Park, IL 60035** | X | H | | **Customer of Premier Renovation**<br>     **Subject to setoff.** | | | | **Unknown** |
| Account No.<br><br>**Stanley & Lizette Labuda**<br>**7300 N. Overhill**<br>**Chicago, IL 60631** | X | H | | **customer** | | | | **Unknown** |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **850.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **David C. Liakas,**
     **Michelle A. Liakas**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business expense | | | | |
| **Suburban Cleaning Systems**<br>**1503 E. Industrial Drive**<br>**Itasca, IL 60143** | X | H | | | | | | **555.00** |
| Account No. | | | | Customer of Premier Renovation | | | | |
| **Terry Lynch**<br>**129 Glencoe**<br>**Glencoe, IL 60022** | X | H | | | | | | **Unknown** |
| Account No. | | | | Business expense | | | | |
| **Tilhof Tile & Marble**<br>**1657 Old Skokie Road**<br>**Highland Park, IL 60035** | X | H | | | | | | **3,336.94** |
| Account No. 714950944 | | | | Business expense, personal and business cell phones. | | | | |
| **US Cellular**<br>**PO Box 0203**<br>**Palatine, IL 60055** | X | H | | | | | | **1,200.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,091.94**

Total
(Report on Summary of Schedules)

**927,175.16**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re    **David C. Liakas,**
**Michelle A. Liakas**                                                    Case No. _____

_____ ,
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC**<br>**PO Box 9001951**<br>**Louisville, KY 40290-1951** | **2006 Chevy Tahoe - 021-9090-54671.  $678 per**<br>**month until 3/30/09** |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re  **David C. Liakas,**
      **Michelle A. Liakas**

Case No. _____

_____,
Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premiere Renovation**<br>**personal guaranty** | **Crawford Supply Co.**<br>**8150 Lehigh Ave.**<br>**Morton Grove, IL 60053** |
| **Premiere Renovation**<br>**personal guaranty** | **Century Tile & Supply Co.**<br>**747 E. Roosevelt Rd**<br>**Lombard, IL 60148-4791** |
| **Premiere Renovation**<br>**personal guaranty** | **Pella Windows & Doors Inc.**<br>**112 Alexandra Way**<br>**Carol Stream, IL 60188** |
| **Premiere Renovation**<br>**personal guaranty** | **Hillside Lumber Inc.**<br>**4234 West Warren St**<br>**Hillside, IL 60162** |
| **Premiere Renovation** | **ACR Cleaning**<br>**925 Seton Ct, unit 6**<br>**Wheeling, IL 60090** |
| **Premiere Renovation** | **Adams Street Iron, Inc.**<br>**9127 S. Kedzie Ave**<br>**Evergreen Park, IL 60805** |
| **Premiere Renovation** | **Advanced Cabinets Corp**<br>**4925 W. LeMoyne**<br>**Chicago, IL 60651** |
| **Premiere Renovation** | **Air Max Heating & Air Conditioning**<br>**879 W. Lake Street # 706**<br>**Roselle, IL 60172** |
| **Premiere Renovation** | **Allied Waste Services #551**<br>**PO Box 9001154**<br>**Louisville, KY 40290** |
| **Premiere Renovation** | **Allied Waste Services #551**<br>**PO Box 9001154**<br>**Louisville, KY 40290** |
| **Premiere Renovation** | **American Express**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** |
| **Premiere Renovation** | **American Express**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** |

    __4__  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **David C. Liakas,**                                          Case No. _____
        **Michelle A. Liakas**
_____ ,
                                          Debtors
## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premiere Renovation** | **Arcus Construction Inc.**<br>**520 Park Ave**<br>**Wilmette, IL 60091** |
| **Premiere Renovation** | **Astro Insulation Inc.**<br>**4418 Route 31**<br>**Ringwood, IL 60072** |
| **Premiere Renovation** | **B&H Industries**<br>**80 West Seegers Rd**<br>**Arlington Heights, IL 60005** |
| **Premiere Renovation** | **Benegas Enterprises Inc.**<br>**13205 Forestview Lane**<br>**Crestwood, IL 60445** |
| **Premiere Renovation** | **Bill Shopshire**<br>**2935 Harrison**<br>**Evanston, IL 60201** |
| **Premiere Renovation** | **Bill's Drywall Inc.**<br>**19145 S. 104th Avenue**<br>**Mokena, IL 60448** |
| **Premiere Renovation** | **Cabinet Experts (A & G)**<br>**Andrezej Haberman**<br>**2959 N. Parkside**<br>**Chicago, IL 60634** |
| **Premiere Renovation** | **Carlin Adrianopolis**<br>**3152 Harrison**<br>**Evanston, IL 60201** |
| **Premiere Renovation** | **CJ Plumbing Inc.**<br>**1717 Elmdale**<br>**Glenview, IL 60026** |
| **Premiere Renovation** | **CME**<br>**706 Winthrop Ave**<br>**Suite 7**<br>**Addison, IL 60101** |
| **Premiere Renovation** | **Cook Electric Inc.**<br>**1100 FLorence Ave**<br>**Evanston, IL 60202** |
| **Premiere Renovation** | **CSA**<br>**166 W. Washington Street**<br>**Chicago, IL 60602** |
| **Premiere Renovation** | **Doug Lefever**<br>**2510 Pioneer**<br>**Evanston, IL 60201** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **David C. Liakas,**                                        Case No. _____
      **Michelle A. Liakas**

_____,
                          Debtors

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premiere Renovation** | **Decorator Hardware**<br>**3921 W. Touhy**<br>**Lincolnwood, IL 60712** |
| **Premiere Renovation** | **Dyna-Flow Corporation**<br>**954 Fremont Street**<br>**Bartlett, IL 60103** |
| **Premiere Renovation** | **Eaglestone Inc.**<br>**3N155 Powls Road**<br>**West Chicago, IL 60185** |
| **Premiere Renovation** | **Fifth Third Bank**<br>**38 Fountain Square**<br>**Mail Drop 1COM65**<br>**Cincinnati, OH 45263** |
| **Premiere Renovation** | **First Equity Card Corp**<br>**PO Box 23029**<br>**Columbus, GA 31902** |
| **Premiere Renovation** | **GM BusinessCard / Chase**<br>**Cardmember Service**<br>**PO Box 15129**<br>**Wilmington, DE 19850-5043** |
| **Premiere Renovation** | **Home Depot**<br>**Processing Center**<br>**Des Moines, IA 50364-0500** |
| **Premiere Renovation** | **Irv Badr**<br>**2400 Noyes**<br>**Evanston, IL 60201** |
| **Premiere Renovation** | **John Spot Portable Services**<br>**PO Box 9001099**<br>**Louisville, KY 40290** |
| **Premiere Renovation** | **Joseph Giambrone**<br>**7110 N. Oleander**<br>**Chicago, IL 60631** |
| **Premiere Renovation** | **Keybank**<br>**PO Box 688911**<br>**Des Moines, IA 50368-8911** |
| **Premiere Renovation** | **KOR Plumbing Contractors Inc.**<br>**226 Tee Lane**<br>**Bloomingdale, IL 60108** |
| **Premiere Renovation** | **Loni Hahn**<br>**6717 N. Siox Ave**<br>**Chicago, IL 60646** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **David C. Liakas,**                                        Case No. _____
       **Michelle A. Liakas**

_____,
                        Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premiere Renovation** | **Mark Schwartz**<br>**2640 Prince Street**<br>**Northbrook, IL 60062** |
| **Premiere Renovation** | **Michael Forman**<br>**1291 Hilary Lane**<br>**Highland Park, IL 60035** |
| **Premiere Renovation** | **Michael Alexander**<br>**4113 N. Kenmore**<br>**Chicago, IL 60613** |
| **Premiere Renovation** | **MJB Electric Inc.**<br>**38- W. Northwest Highway**<br>**Suite 320**<br>**Des Plaines, IL 60016** |
| **Premiere Renovation** | **Ponce Masonry Construction**<br>**1106 Leslie Lane**<br>**Villa Park, IL 60181** |
| **Premiere Renovation** | **Poulabhaula Inc.**<br>**7338 W. Summerdale Ave**<br>**Chicago, IL 60656** |
| **Premiere Renovation** | **Precision Painting**<br>**15w011 Lexington Street**<br>**Elmhurst, IL 60126** |
| **Premiere Renovation** | **Primos Floor Inc.**<br>**4711 N. Monticello**<br>**Chicago, IL 60626** |
| **Premiere Renovation** | **Salgado's Tile Inc.**<br>**21 Ridge Circle**<br>**Streamwood, IL 60107** |
| **Premiere Renovation** | **Schaaf Window Co Inc.**<br>**18445 Thompson Court**<br>**Tinley Park, IL 60477** |
| **Premiere Renovation** | **Scott  Fogarty**<br>**5516 N. Olcott**<br>**Chicago, IL 60656** |
| **Premiere Renovation** | **Service Group USA**<br>**d/b/a 1-800 Got Junk?**<br>**17 E. Palatine Rd**<br>**Palatine, IL 60067** |
| **Premiere Renovation** | **ServiceMaster Restoration by VVV**<br>**25 W. North Ave**<br>**Villa Park, IL 60181** |

Sheet __3__ of __4__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **David C. Liakas,**
     **Michelle A. Liakas**

Case No. _____

_____,

Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premiere Renovation** | **Seth Halpern**<br>**1047 Auburn Ave**<br>**Highland Park, IL 60035** |
| **Premiere Renovation** | **Suburban Cleaning Systems**<br>**1503 E. Industrial Drive**<br>**Itasca, IL 60143** |
| **Premiere Renovation** | **Terry Lynch**<br>**129 Glencoe**<br>**Glencoe, IL 60022** |
| **Premiere Renovation** | **Tilhof Tile & Marble**<br>**1657 Old Skokie Road**<br>**Highland Park, IL 60035** |
| **Premiere Renovation** | **US Cellular**<br>**PO Box 0203**<br>**Palatine, IL 60055** |
| **Premiere Renovation** | **Kevin and Gretchen Neuman**<br>**4919 W. Pensacola**<br>**Chicago, IL 60641** |
| **Premiere Renovation** | **City of Elmhurst**<br>**209 N. York Street**<br>**Elmhurst, IL 60126** |
| **Premiere Renovation** | **Stanley & Lizette Labuda**<br>**7300 N. Overhill**<br>**Chicago, IL 60631** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6I (10/06)

| In re | **David C. Liakas**<br>**Michelle A. Liakas** | Case No. _____ |
|---|---|---|
| | Debtor(s) | |

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Daughter<br>Daughter | AGE(S):<br>2<br>3 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **foreman** | **teacher** |
| Name of Employer | **Cedar Hill Nursery** | **Maercker School District 60** |
| How long employed | **1 month** | **15 years** |
| Address of Employer | **942 E. State St., Suite A**<br>**Lake Zurich, IL 60134** | **5827 S. Cass Avenue**<br>**Westmont, IL 60559** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **1,972.50** | $ | **5,612.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **1,972.50** | $ | **5,612.00** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **208.63** | $ | **714.52** |
|     b.  Insurance | $ | **0.00** | $ | **360.00** |
|     c.  Union dues | $ | **0.00** | $ | **46.00** |
|     d.  Other (Specify):    **TRS - Retirement** | $ | **0.00** | $ | **527.49** |
|                 **TRS Health - Retirement** | $ | **0.00** | $ | **44.89** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **208.63** | $ | **1,692.90** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,763.87** | $ | **3,919.10** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,763.87** | $ | **3,919.10** |

| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | **5,682.97** |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re  **David C. Liakas**
**Michelle A. Liakas**                                                    Case No. _____
                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,018.11 |
| a. Are real estate taxes included?  Yes **X**  No ___ | | |
| b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 155.00 |
|             b. Water and sewer | $ | 180.00 |
|             c. Telephone | $ | 180.00 |
|             d. Other  **Waste** | $ | 15.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 128.50 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 145.00 |
|             e. Other  **Personal Property** | $ | 6.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|             (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 678.87 |
|             b. Other  **Auto** | $ | 380.50 |
|             c. Other | $ | 0.00 |
|             d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Day Care** | $ | 1,400.00 |
|       Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,506.98 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,682.97 |
| b.   Average monthly expenses from Line 18 above | $ | 7,506.98 |
| c.   Monthly net income (a. minus b.) | $ | -1,824.01 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **David C. Liakas**
**Michelle A. Liakas**
_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**34**__ sheets _[total shown on summary page plus 2]_, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October  5, 2007** _____

Signature  **/s/ David C. Liakas** _____
           **David C. Liakas**
           Debtor

Date **October  5, 2007** _____

Signature  **/s/ Michelle A. Liakas** _____
           **Michelle A. Liakas**
           Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David C. Liakas**
      **Michelle A. Liakas** _____   Case No. _____
                                     Debtor(s)      Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$54,792.32** | **2006 Income - Maercker School District - Wife** |
| **$18,000.00** | **2007 Income - Premier Renovation Inc - Husband** |
| **$50,000.00** | **2006 Premier Renovation income** |
| **$30,485.43** | **2007 Income - Maercker School District - Wife (January 1, 2007 to June 1, 2007 = $18,570.00 and June 1, 2007 to July 30, 2007 = $3,672.00 August 24, 2007 - September 28, 2007= 8,243.43)** |
| **$5,752.03** | **2007 - Cedar Hill Nursery - husband** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,050.00** | **See answer to Question #10** |

**3. Payments to creditors**

None
☐

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **JP Morgan Chase Bank**<br>**PO Box 901098**<br>**Fort Worth, TX 76101-2098** | **9/07, 8/07, 7/07** | **$1,140.00** | **$20,953.00** |
| **GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** | **9/24/2007 = $678.87,**<br>**8/24/2007 = $678.87,**<br>**7/25/2007 = $678.87** | **$2,036.61** | **$11,754.00** |
| **American Home Mortgage**<br>**PO Box 660029**<br>**Dallas, TX 75266-0029** | **8/7/2007 = $2,458.11,**<br>**7/8/2007 = $2,458.11** | **$4,916.22** | **$304,000.00** |
| **Fifth Third Bank**<br>**PO Box 740789**<br>**Cincinnati, OH 45274-0789** | **Account ending #2562**<br>**8/18/2007 = $560.00,**<br>**7/18/2007 = $550.00** | **$1,110.00** | **$75,390.00** |
| **Fifth Third Bank**<br>**PO Box 630778**<br>**Cincinnati, OH 45263** | **Account ending #5111**<br>**8/15/2007 = $13,527.32,**<br>**funds applied from sale of**<br>**Harley** | **$13,527.32** | **$0.00** |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Charles Modica v. Dave Liakas, Tom Brennan and Premier Renovation, Inc., Case No. 06 CH 02976** | **Breach of Partnership Agreement** | **Circuit Court of Cook County** | **Judgment** |
| **Marc K. Schwartz and Terri Achwartz v. Premier Renovation, Inc, David C. Laikas, Thomas J. Brennan, Matther Wysock, 07 CH 24494** | **Consumer Fraud, Violations of Home Repair Act, Breach of Contract, Constructive Trust** | **Cook County, Chicago** | **Pending** |
| **Joseph and Victoria Giambrone v. David Liakas et al.  07 M1 17842** | **Breach of contract, fraud, Illinois Consumer Fraud Act, Piercing Corporate Veil** | **Cook County, Chicago Illinois** | **Pending** |
| **Alexander v. Liakas, et al., 07 L 010075** | **Piercing Corporate Veil, Breach of contract** | **Cook County** | **Pending** |
| **Betz v. Liakas, et al. 07 L 8680** | **Breach of Contract,, Poercing the Corporate Veil** | **Cook County** | **pending** |
| **Crawford Supply v. Liakas et. al  07 L 8387** | **Breach of Contract** | **Cook County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC** | **7/25/2007** | **2007 Chevy Tahoe, $30,000** |
| **GMAC** | **8/23/07** | **2007 Silverado, return leased car** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DiMonte & Lizak LLC 216 W. Higgins Rd Park Ridge, IL 60068** | **7/5/2007** | **$1,600.00** |
| **Di Monte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068** | **9/25/2007** | **$2,900.00** |
| **Di Monte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068** | **8/13/2007** | **$595.00** |

### 10. Other transfers

None
☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Shane Calaway El Dorado, AZ** | **7/28/2007** | **2005 Harley Davidson Road King, $5,072.68** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Tag Sport, Consignor**<br>**Geneva, IL**<br>  **None** | **7/17/2007** | **2001 BMW Dakar, received $3,850.00** |
| **Gander Mountain**<br>**Geneva, IL** | **09/2007** | **Shotguns, received $3,700.00** |
| **Jim Calaway**<br>**Lake Forest, IL** | **07/2007** | **Shotguns, received $4,500.00** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Savings** | **Account no. 4536** | **$213.00, 6/25/2007** |

### 12.  Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Mary Katherine Liakas**<br>**601 Millington Way**<br>**Saint Charles, IL 60174** | **Bank account for minor child, David and Michelle Liakas custodian. $1291.83** | **5/3rd Bank** |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Emma Liakas**<br>**601 Millington Way**<br>**Saint Charles, IL 60174** | **Bank account for minor child, David and Michelle Liakas custodian.  $734.46** | **5/3rd Bank** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Premier Renovation, Inc.** | **36-4562247** | **942 E. State St. Suite A Geneva, IL 60134** | **Contractor** | **October 2004 to July 2007** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ann Prager 979 Bernard Drive Buffalo Grove, IL 60089** | **August 2005 to August 2007** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS                 DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                           DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                           DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY            INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                                   RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                          NATURE AND PERCENTAGE

NAME AND ADDRESS                          TITLE                     OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                  ADDRESS                     DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                     DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                          AMOUNT OF MONEY
OF RECIPIENT,                           DATE AND PURPOSE            OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL               VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October  5, 2007**                    Signature    **/s/ David C. Liakas**

                                                            **David C. Liakas**
                                                            Debtor


Date  **October  5, 2007**                    Signature    **/s/ Michelle A. Liakas**

                                                            **Michelle A. Liakas**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David C. Liakas**    **Michelle A. Liakas**                    Case No.                  

                                      Debtor(s)         Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **601 Millington Way St Charles, IL 60174** | **American Home Mortgage** | X | | | |
| **601 Millington Way St Charles, IL 60174** | **Fifth Third Bank** | X | | | |
| **2006 Subaru** | **JP Morgan Chase Bank** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **2006 Chevy Tahoe - 021-9090-54671. $678 per month until 3/30/09** | **GMAC** | X |

Date   **October  5, 2007**             Signature   **/s/ David C. Liakas**

                                                      **David C. Liakas**

                                                      Debtor

Date   **October  5, 2007**             Signature   **/s/ Michelle A. Liakas**

                                                      **Michelle A. Liakas**

                                                      Joint Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **David C. Liakas**
     **Michelle A. Liakas**
            Debtor(s)

Case No. _____
Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept $ **4,200.00**

Prior to the filing of this statement I have received $ **4,200.00**

Balance Due $ **0.00**

2.   The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October  5, 2007**

**/s/ Julia Jensen Smolka**
**Julia Jensen Smolka 6272466**
**DiMonte and Lizak, LLC**
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600  Fax: (847) 698-9623**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Julia Jensen Smolka 6272466** | X | **/s/ Julia Jensen Smolka** | **October  5, 2007** |
|---|---|---|---|
| Printed Name of Attorney | | Signature of Attorney | Date |

Address:
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **David C. Liakas** | | | |
|---|---|---|---|
| **Michelle A. Liakas** | X | **/s/ David C. Liakas** | **October  5, 2007** |
| Printed Name of Debtor | | Signature of Debtor | Date |
| Case No. (if known) | X | **/s/ Michelle A. Liakas** | **October  5, 2007** |
| | | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David C. Liakas**
        **Michelle A. Liakas**
                                                    Case No. _____
                                Debtor(s)           Chapter   **7** _____


# VERIFICATION OF CREDITOR MATRIX

                                        Number of Creditors: _____ **96**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **October  5, 2007**            **/s/ David C. Liakas**
        _____         _____
                                        **David C. Liakas**
                                        Signature of Debtor

Date:   **October  5, 2007**            **/s/ Michelle A. Liakas**
        _____         _____
                                        **Michelle A. Liakas**
                                        Signature of Debtor

ACR Cleaning
925 Seton Ct, unit 6
Wheeling, IL 60090


Adams Street Iron, Inc.
9127 S. Kedzie Ave
Evergreen Park, IL 60805


Advanced Cabinets Corp
4925 W. LeMoyne
Chicago, IL 60651


Air Max Heating & Air Conditioning
879 W. Lake Street # 706
Roselle, IL 60172


Al & Diane Liakas
34 Roosevelt St
Saint Charles, IL 60174


Alice Pawlowski
80 Parkwood Rd
Elgin, IL 60123


Allied Waste Services #551
PO Box 9001154
Louisville, KY 40290


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Home Mortgage
PO Box 660029
Dallas, TX 75266-0029


Ann Edmonds
608 S. Washington
Suite 207
Naperville, IL 60540

Arcus Construction Inc.
520 Park Ave
Wilmette, IL 60091


Art & Mary Ann Simms
130 South Yale
Villa Park, IL 60181


Astro Insulation Inc.
4418 Route 31
Ringwood, IL 60072


B&H Industries
80 West Seegers Rd
Arlington Heights, IL 60005


Benegas Enterprises Inc.
13205 Forestview Lane
Crestwood, IL 60445


Bill Shopshire
2935 Harrison
Evanston, IL 60201


Bill's Drywall Inc.
19145 S. 104th Avenue
Mokena, IL 60448


BMW Bank of North America
PO Box 30311
Salt Lake City, UT 84130-0311


Cabinet Experts (A & G)
Andrezej Haberman
2959 N. Parkside
Chicago, IL 60634


Carlin Adrianopolis
3152 Harrison
Evanston, IL 60201


Century Tile & Supply Co.
747 E. Roosevelt Rd
Lombard, IL 60148-4791

Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Citibank
P.O. Box 689197
Des Moines, IA 50368-9197


City of Elmhurst
209 N. York Street
Elmhurst, IL 60126


CJ Plumbing Inc.
1717 Elmdale
Glenview, IL 60026


CME
706 Winthrop Ave
Suite 7
Addison, IL 60101


Cook Electric Inc.
1100 FLorence Ave
Evanston, IL 60202


Crawford Supply Co.
8150 Lehigh Ave.
Morton Grove, IL 60053


CSA
166 W. Washington Street
Chicago, IL 60602


David Betz
7124 N Ozark
Chicago, IL 60631


David Porter
2440 Lawndale Ave
Evanston, IL 60201


Decorator Hardware
3921 W. Touhy
Lincolnwood, IL 60712

Discover
PO Box 30395
Salt Lake City, UT 84130-0395


Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850


Donna & Jon Spencer
520 Arbor Lane
South Elgin, IL 60177


Doug Lefever
2510 Pioneer
Evanston, IL 60201


Ducks / Bank of America
PO Box 17220
Baltimore, MD 21297-1220


Dyna-Flow Corporation
954 Fremont Street
Bartlett, IL 60103


Eaglestone Inc.
3N155 Powls Road
West Chicago, IL 60185


Fifth Third Bank
38 Fountain Square
Mail Drop 1COM65
Cincinnati, OH 45263


Fifth Third Bank
PO Box 740778
Cincinnati, OH 45274


First Equity Card Corp
PO Box 23029
Columbus, GA 31902


Fuschs & Roselli
440 W. Randolph #500
Chicago, IL 60606

Gander Mtn
PO Box 659569
San Antonio, TX 78265-9569


GM BusinessCard / Chase
Cardmember Service
PO Box 15129
Wilmington, DE 19850-5043


GMAC
PO Box 9001951
Louisville, KY 40290-1951


Greater Valley Medicine
2900 Foxfield Rd, Suite 307
Saint Charles, IL 60174


Hillside Lumber Inc.
4234 West Warren St
Hillside, IL 60162


Home Depot
Processing Center
Des Moines, IA 50364-0500


Irv Badr
2400 Noyes
Evanston, IL 60201


Jack Franks
Franks Gerkin McKenna
19333 East Grant Highway, PO Box 5
Marengo, IL 60152


John Spot Portable Services
PO Box 9001099
Louisville, KY 40290


Joseph Giambrone
7110 N. Oleander
Chicago, IL 60631


JP Morgan Chase Bank
PO Box 901098
Fort Worth, TX 76101-2098

Kelly & Associates
1535 W. Schaumburg #204
Schaumburg, IL 60194


Kevin and Gretchen Neuman
4919 W. Pensacola
Chicago, IL 60641


Keybank
PO Box 688911
Des Moines, IA 50368-8911


KOR Plumbing Contractors Inc.
226 Tee Lane
Bloomingdale, IL 60108


Lockhart's Landscaping & Maint.
2740 Beverly Drive, Suite E
Aurora, IL 60502-8606


Loni Hahn
6717 N. Siox Ave
Chicago, IL 60646


Mark Gryska
Nigro & Westfall
1793 Bloomingdale Road
Glendale Heights, IL 60139


Mark Schwartz
2640 Prince Street
Northbrook, IL 60062


Matthew Wysock
20854 Ash Street
Deerfield, IL 60015


Melanie Rovner Cohen
Quarles & Brady LLP
500 West Madison Street, 3700
Chicago, IL 60661


Michael Alexander
4113 N. Kenmore
Chicago, IL 60613

Michael Forman
1291 Hilary Lane
Highland Park, IL 60035


Michael Nolan
7133 W. Higgins Ave
Chicago, IL 60656


MJB Electric Inc.
38- W. Northwest Highway
Suite 320
Des Plaines, IL 60016


Monica Prandi-Svetogorsky
Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601


Mr. Joseph Fiegen
Foran Glennon Paladech & Ponzi
150 S. Wacher Drive, 11th Floor
Chicago, IL 60606


Mr. Ronald Boorstein
150 S. Wacker Drive Suite 450
Chicago, IL 60606


NEA / Bank of America
PO Box 17322
Baltimore, MD 21297-1322


Omar Khuri
1840 Oak Avenue
Suite 340
Evanston, IL 60201


Paul Geiger
1412 Washintgon 3rd
Chicago, IL 60607


Pella Windows & Doors Inc.
112 Alexandra Way
Carol Stream, IL 60188

Ponce Masonry Construction
1106 Leslie Lane
Villa Park, IL 60181


Poulabhaula Inc.
7338 W. Summerdale Ave
Chicago, IL 60656


Precision Painting
15w011 Lexington Street
Elmhurst, IL 60126


Premiere Renovation


Primos Floor Inc.
4711 N. Monticello
Chicago, IL 60626


RH Witt
2049 Johns Drive
Glenview, IL 60025


Robert E. Hillison
Engelberg & Hillison
One North LaSalle St, Suite 650
Chicago, IL 60602


Salgado's Tile Inc.
21 Ridge Circle
Streamwood, IL 60107


Schaaf Window Co Inc.
18445 Thompson Court
Tinley Park, IL 60477


Scott  Fogarty
5516 N. Olcott
Chicago, IL 60656


Scott Levin
DeFrees & Fiske
200 S. Michigan Ave, Suite 1100
Chicago, IL 60604

Service Group USA
d/b/a 1-800 Got Junk?
17 E. Palatine Rd
Palatine, IL 60067


ServiceMaster Restoration by VVV
25 W. North Ave
Villa Park, IL 60181


Seth Halpern
1047 Auburn Ave
Highland Park, IL 60035


Stanley & Lizette Labuda
7300 N. Overhill
Chicago, IL 60631


Suburban Cleaning Systems
1503 E. Industrial Drive
Itasca, IL 60143


Terry Lynch
129 Glencoe
Glencoe, IL 60022


Tilhof Tile & Marble
1657 Old Skokie Road
Highland Park, IL 60035


US Cellular
PO Box 0203
Palatine, IL 60055


WFNNB / Gander Mountain
4590 East Broad St
Columbus, OH 43213